**FILED**
**MARCH 10, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
__NORTHERN__ DISTRICT OF __ILLINOIS__
__EASTERN__ DIVISION

DON SCHUMACHER RACING, an Illinois )
Corporation v. McCANN ERICKSON USA, )
INC., a Delaware Corporation, and )   No.
MOMENTUM WORLDWIDE, INC., a )   Judge
Delaware Corporation )
)
)

**08 C 1428**

RULE 7.1 DISCLOSURE STATEMENT
NON-GOVERNMENTAL CORPORATE PARTIES

This Disclosure Statement is filed by plaintiff(s) : Don Schumacher Racing, an Illinois Corporation

i) Identify all its parent corporations, if any;
None

and ii) List any publicly held company that owns 10% or more of the party's stock:
None

Attorney's signature: s/Charles Chejfec          Date: 03/10/08

Attorney's printed name:  Charles Chejfec

Address: 525 West Monroe Street
         Chicago, IL 60661
Phone:   (312) 902-5200        Fax number: (312) 902-1061

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE VALDEZ**