AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DON SCHUMACHER RACING,
Plaintiff

CASE NUMBER: 08 cv 1428

V.

ASSIGNED JUDGE: Gottschall

McCANN ERICKSON USA, INC., and
MOMENTM WORLDWIDE, INC.,
Defendants.

DESIGNATED
MAGISTRATE JUDGE: Valdez

TO: (Name and address of Defendant)

McCann Erickson USA, Inc. Registered Agent: United States Corporation Company, 33 N. LaSalle Street, Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Chris Stetler, ~~Charles Chefec~~ Katten Muchin Rosenman LLP
525 W. Monroe
Chicago, Illinois ~~60606~~ 60661

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 13 2008

DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRCT OF ILLINOIS
CASE NO. **08 CV 1428**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Jacquelyne Harper**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **McCann Erickson USA, Inc., c/o United States Corporation Company** by leaving a copy with **Pam Feeney, Authorized and Authorized Person**, on **May 13, 2008**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**         RACE: **Caucasian**         APPROXIMATE AGE: **35**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **33 N. La Salle St., Chicago, IL 60602**
TIME OF DAY: **4:05 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **13**th day of **May 2008**.

*[signature]*
OFFICIAL SEAL
JANICE GRUBISICH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/15/09

*[signature]*
Jacquelyne Harper
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885