## United States District Court for the Northern District of Illinois

Case Number: 08CV1428                Assigned/Issued By: J. N.

Judge Name:                          Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP        ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____         Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                ☑ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
☐ Citation to Discover Assets            (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

_2_ Original and _2_ copies on _5-15-08_ as to MOMENTUM WORLDWIDE,
                              (Date)
INC. ( 2 DIFFERENT ADDRESSES) _____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05