## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1428 | **DATE** | 5/14/2008 |
| **CASE TITLE** | Don Schumacher Racing vs. McCann Erickson USA, Inc., et al | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 7/9/2008 at 9:30AM.  Oral motion by Plaintiff's counsel for leave to file exhibits to complaint underseal is granted.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | RJ |
|---|---|---|