AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

DON SCHUMACHER RACING,
Plaintiff,

V.

McCANN ERICKSON USA, INC. and
MOMENTUM WORLDWIDE, INC.,
Defendants.

CASE NUMBER: 08 CV 1428

ASSIGNED JUDGE: Gottschall

DESIGNATED MAGISTRATE JUDGE: Valdez

TO: (Name and address of Defendant)

Momentum Worldwide, Inc.
444 North Michigan Avenue
Suite 1700
Chicago, IL 60611
(312) 245-3500

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles Chejfec, Esq.
Christopher J. Stetler, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_                                                            5-15-08

(By) DEPUTY CLERK                                                        DATE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 08 CV 1428
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Justin Turner**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **Momentum Worldwide, Inc.** by leaving a copy with **Peter Office, Executive Vice President and Authorized Person**, on **May 16, 2008**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**      RACE: **Caucasian**      APPROXIMATE AGE: **55**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **444 North Michigan Ave., Ste. 1700, Chicago, IL 60611**
TIME OF DAY: **10:07 AM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **16**th day of **May 2008**.

Justin Turner
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11