**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 cv 1428 |
|---|---|
| DON SCHUMACHER RACING, Plaintiff<br>v.<br>McCANN ERICKSON USA, INC. and<br>MOMENTUM WORLDWIDE, INC., Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants McCann Erickson USA, Inc. and Momentum Worldwide, Inc.

| NAME (Type or print) |
|---|
| Frederic R. Klein |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Frederic R. Klein |

| FIRM |
|---|
| Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. |

| STREET ADDRESS |
|---|
| 55 East Monroe Street, Suite 3300 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 03127304 | (312) 201-3908 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐