# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number: 08 cv 1428

DON SCHUMACHER RACING, Plaintiff
   v.
McCANN ERICKSON USA, INC. and
MOMENTUM WORLDWIDE, INC., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants McCann Erickson USA, Inc. and Momentum Worldwide, Inc.

| |
|---|
| NAME (Type or print)<br>Deborah Rzasnicki Hogan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Deborah Rzasnicki Hogan |
| FIRM<br>Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. |
| STREET ADDRESS<br>55 East Monroe Street, Suite 3300 |
| CITY/STATE/ZIP<br>Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06230176 | TELEPHONE NUMBER<br>(312) 201-3973 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐