# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number: 08 cv 1428

DON SCHUMACHER RACING, Plaintiff
   v.
McCANN ERICKSON USA, INC. and
MOMENTUM WORLDWIDE, INC., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants McCann Erickson USA, Inc. and Momentum Worldwide, Inc.

| | |
|---|---|
| **NAME** (Type or print) <br> David R. Lidow | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ David R. Lidow | |
| **FIRM** <br> Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. | |
| **STREET ADDRESS** <br> 55 East Monroe Street, Suite 3300 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 06280474 | **TELEPHONE NUMBER** <br> 312-863-7126 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |