IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DON SCHUMACHER RACING, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 1428 |
| v. | ) ) | Judge Gottschall |
| McCANN ERICKSON USA, INC. and MOMENTUM WORLDWIDE, INC., | ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendants McCann Erickson USA, Inc. ("McCann") and Momentum Worldwide, Inc. ("Momentum") (collectively, "Defendants"), by and through their undersigned counsel, respectfully move for a 28-day enlargement of time to file their answer or otherwise plead to the Complaint. In support thereof, Defendants state as follows:

1. Plaintiff Don Schumacher Racing ("Plaintiff") filed a Complaint against Defendants on March 10, 2008, which was served upon McCann's registered agent on May 13, 2008 and upon Momentum's authorized agent on May 16, 2008. The Complaint alleges claims based on breach of oral and written contract, quasi contract, and promissory estoppel, which purport to arise from a partnership agreement relating to sponsorship of a motorcycle racing team managed by Plaintiff.

2. At present, McCann and Momentum are required to file their answer or plead to the Complaint by June 2 and 5, 2008, respectively. Defendants are currently in the process of investigating the allegations in the Complaint and have begun gathering the materials necessary to prepare its response thereto. However, Defendants require an

additional 28 days in order to complete their investigation and review of the materials, and to prepare their response.

**WHEREFORE**, for the foregoing reasons, Defendants McCann Erickson USA, Inc. and Momentum Worldwide, Inc. respectfully request an extension of 28 days to file their answer or otherwise plead to Plaintiff's Complaint, by June 30, 2008.

Dated: June 2, 2008

                                      McCANN ERICKSON USA, INC. and
                                      MOMENTUM WORLDWIDE, INC.


                              By  /s/ David R. Lidow
                                    One of Their Attorneys

Frederic R. Klein
Deborah Rzasnicki Hogan
David R. Lidow
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000