# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DON SCHUMACHER RACING, an Illinois corporation, | ) ) ) |
| Plaintiff, | ) No. 08 C 1428 ) |
| v. | ) Judge Gottschall ) |
| McCANN ERICKSON USA, INC. and MOMENTUM WORLDWIDE, INC., | ) Magistrate Judge Valdez ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:     Charles Chejfec                   Cory A. Watkins
         Christopher John Stetler         Shantel Darie Bill
         Katten Muchin Rosenman LLP   Schumacher Racing Corporation
         525 West Monroe Street          801 Business Center Drive
         Chicago, IL 60661               Mount Prospect, IL 60056

PLEASE TAKE NOTICE that on Thursday, June 5, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall in Courtroom 2325 of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn, Chicago, Illinois 60604, and then and there present **Defendants' Motion for Enlargement of Time to File an Answer or Otherwise Plead to Plaintiff's Complaint,** a copy of which was electronically filed and served herewith.

-2-

                                    McCANN ERICKSON USA, INC. and
                                    MOMENTUM WORLDWIDE, INC.


                                By  /s/ David R. Lidow
                                     One of Their Attorneys

Frederic R. Klein
Deborah Rzasnicki Hogan
David R. Lidow
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on June 2, 2008, he caused a true and correct copy of the foregoing **Notice of Motion and Defendants' Motion for Enlargement of Time to File an Answer or Otherwise Plead to Plaintiff's Complaint** to be served upon the following through the Court's electronic notification system to:

>Charles Chejfec
>Christopher John Stetler
>Katten Muchin Rosenman LLP
>525 West Monroe Street
>Chicago, IL 60661

and via Federal Express to:

>Cory A. Watkins
>Shantel Darie Bill
>Schumacher Racing Corporation
>801 Business Center Drive
>Mount Prospect, IL 60056

/s/ David R. Lidow