IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DON SCHUMACHER RACING, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 1428 |
| v. | ) ) | Judge Gottschall |
| McCANN ERICKSON USA, INC. and MOMENTUM WORLDWIDE, INC., | ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

**DEFENDANTS' NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT**

Defendants McCann Erickson USA, Inc. ("McCann") and Momentum Worldwide, Inc. ("Momentum") (collectively, "Defendants"), by and through their undersigned counsel, hereby file their Notification of Affiliates – Disclosure Statement, as required by Local Rule 3.2 of the United States District Court for the Northern District of Illinois. Defendants state as follows:

**DISCLOSURE**

McCann, a non-governmental party, is owned either directly or indirectly and is controlled by The Interpublic Group of Companies, Inc., a publicly-traded corporation listed on the New York Stock Exchange.

Momentum, a non-governmental party, is owned either directly or indirectly and is controlled by The Interpublic Group of Companies, Inc., a publicly-traded corporation listed on the New York Stock Exchange.

-2-

        McCANN ERICKSON USA, INC. and
        MOMENTUM WORLDWIDE, INC.


        By  /s/ David R. Lidow
           One of Their Attorneys

Frederic R. Klein
Deborah Rzasnicki Hogan
David R. Lidow
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000