IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DON SCHUMACHER RACING, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 1428 |
| v. | ) ) | Judge Gottschall |
| McCANN ERICKSON USA, INC. and MOMENTUM WORLDWIDE, INC., | ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Charles Chejfec                     Cory A. Watkins
      Christopher John Stetler            Shantel Darie Bill
      Katten Muchin Rosenman LLP          Schumacher Racing Corporation
      525 West Monroe Street              801 Business Center Drive
      Chicago, IL 60661                   Mount Prospect, IL 60056

PLEASE TAKE NOTICE that on Thursday, July 3, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall in Courtroom 2325 of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn, Chicago, Illinois 60604, and then and there present **Defendants' Motion to Dismiss for Failure to Join a Required Party Pursuant to Fed. R. Civ. P. 12(b)(7) and 19(b), and for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6),** a copy of which was electronically filed and served herewith.

-2-

        McCANN ERICKSON USA, INC. and
        MOMENTUM WORLDWIDE, INC.


        By  /s/ David R. Lidow
           One of Their Attorneys

Frederic R. Klein
Deborah Rzasnicki Hogan
David R. Lidow
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 30, 2008, he caused a true and correct copy of the foregoing **Defendants' Motion to Dismiss for Failure to Join a Required Party Pursuant to Fed. R. Civ. P. 12(b)(7) and 19(b), and for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6), and accompanying Memorandum of Law,** to be served upon the following through the Court's electronic notification system to:

>Charles Chejfec
>Christopher John Stetler
>Katten Muchin Rosenman LLP
>525 West Monroe Street
>Chicago, IL 60661

and via Federal Express to:

>Cory A. Watkins
>Shantel Darie Bill
>Schumacher Racing Corporation
>801 Business Center Drive
>Mount Prospect, IL 60056

>/s/ David R. Lidow