# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Don Schumacher Racing

                        Plaintiff,

v.                                                 Case No.: 1:08−cv−01428
                                                     Honorable Joan B. Gottschall

McCann Erickson USA, Inc., et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, July 3, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Briefing schedule as to MOTION by Defendants McCann Erickson USA, Inc., Momentum Worldwide, Inc. to dismiss for Failure to Join a Required Party Pursuant to Fed. R. Civ. P. 12(b)(7) and 19(b) for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) [23] is as follows :( Responses due by 7/24/2008, Replies due by 8/4/2008.) Ruling by mail. Status hearing set for 7/9/08 is stricken. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.