# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DON SCHUMACHER RACING, an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1428 |
| v. | ) ) | Judge Gottschall |
| McCANN ERICKSON USA, INC., a Delaware Corporation, and MOMENTUM WORLDWIDE, INC., a Delaware Corporation, | ) ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

## AGREED MOTION FOR LEAVE
## TO FILE EXHIBIT UNDER SEAL

Plaintiff, Don Schumacher Racing Corporation, pursuant to Local Rule 26.2, respectfully moves this Court to grant it leave to file under seal Group Exhibit D to Plaintiff's Response to Defendant's Motion to Dismiss. In support of this Motion, Plaintiff states as follows:

1. On July 24, 2008, Plaintiff filed its Response to Defendant's Motion to Dismiss which cites to the documents contained in Group Exhibit D.

2. Group Exhibit D contains confidential and sensitive business records and trade secrets which could cause harm to Plaintiff if made accessible to the public.

3. Plaintiff has conferred with counsel for Defendants, and Defendants have no objection to filing Group Exhibit D under seal.

**WHEREFORE**, Don Schumacher Racing Corporation respectfully requests that this Court grant this Motion for Leave to File Exhibit D Under Seal.

Dated: July 24, 2008

                                            Respectfully submitted,

                                            **DON SCHUMACHER RACING**

                             By:      /s/ Christopher J. Stetler
                                            One of Its Attorneys

| | |
|---|---|
| Charles Chejfec | Shantel D. Bill |
| Christopher J. Stetler | Don Schumacher Racing Corporation |
| Katten Muchin Rosenman LLP | 801 Business Center Drive |
| 525 West Monroe Street | Mount Prospect, Illinois 60656 |
| Suite 1900 | Phone: (224) 612-7250 |
| Chicago, Illinois 60661 | Fax: (847) 299-5830 |
| Phone: (312) 902-5200 | bills@schumacherelectric.com |
| Fax: (312) 902-1061 | |
| christopher.stetler@kattenlaw.com | |
| charles.chejfec@kattenlaw.com | |