# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DON SCHUMACHER RACING, an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1428 |
| v. | ) ) | Judge Gottschall |
| McCANN ERICKSON USA, INC., a Delaware Corporation, and MOMENTUM WORLDWIDE, INC., a Delaware Corporation, | ) ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on July 31, 2008 at 9:30 a.m., we shall appear before the Honorable Joan B. Gottschall, or any judge sitting in her stead, in Room 2325 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present *Agreed Motion for Leave to File Exhibit Under Seal*, a copy of which is attached hereto and hereby served upon you.

Dated:  July 24, 2008

Respectfully submitted,

**DON SCHUMACHER RACING**

By:     /s/ Christopher J. Stetler
          One of Its Attorneys

| | |
|---|---|
| Charles Chejfec | Shantel D. Bill |
| Christopher J. Stetler | Don Schumacher Racing Corporation |
| Katten Muchin Rosenman LLP | 801 Business Center Drive |
| 525 West Monroe Street | Mount Prospect, Illinois 60656 |
| Suite 1900 | Phone: (224) 612-7250 |
| Chicago, Illinois 60661 | Fax: (847) 299-5830 |
| Phone: (312) 902-5200 | bills@schumacherelectric.com |
| Fax: (312) 902-1061 | |
| christopher.stetler@kattenlaw.com | |
| charles.chejfec@kattenlaw.com | |

Case 1:08-cv-01428    Document 30    Filed 07/24/2008    Page 2 of 3

2

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a true and accurate copy of the foregoing *Agreed Motion for Leave to File Exhibit Under Seal* to be served via the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

Frederic R. Klein
Deborah Rzasnicki Hogan
David R. Lidow
Goldberg Kohn Bell Black Rosenbloom & Moritz, LTD
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000

                                        _____/s/ Christopher J. Stetler_____
                                             CHRISTOPHER J. STETLER