IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DON SCHUMACHER RACING, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 1428 |
| v. | ) ) | Judge Gottschall |
| McCANN ERICKSON USA, INC. and MOMENTUM WORLDWIDE, INC., | ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

**AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE
REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS**

Defendants McCann Erickson USA, Inc. ("McCann") and Momentum Worldwide, Inc. ("Momentum") (collectively, "Defendants"), by and through their undersigned counsel, respectfully move for a 7-day enlargement of time to file their Reply Memorandum of Law ("Reply Memorandum") in Support of Defendants' Motion to Dismiss for Failure to Join a Required Party Pursuant to Fed. R. Civ. P. 12(b)(7) and 19(b), and for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion to Dismiss"). In support thereof, Defendants state as follows:

1. Defendants filed their Motion to Dismiss on June 30, 2008. (Dkt. No. 23.) The Court set a briefing scheduling requiring Plaintiff Don Schumacher Racing ("Plaintiff") to file its response by July 24, 2008, and requiring Defendants to file their reply by August 4, 2008. (Dkt. No. 26.)

2. Plaintiff filed its response on July 24, 2008, attaching a Group Exhibit D that was filed under seal. Plaintiff filed an accompanying Agreed Motion for Leave to File Exhibit Under Seal. (Dkt. No. 29.)

      3.      Defendants received a copy of Group Exhibit D on the evening of July 29, 2008, and Defendants require an additional 7 days in order to complete their review of Group Exhibit D for purposes of preparing their Reply Memorandum.

      4.      Defendants consulted with Plaintiff regarding the extension requested herein on July 29, 2008, and Plaintiff indicated that it does not oppose the extension.

**WHEREFORE**, for the foregoing reasons, Defendants McCann Erickson USA, Inc. and Momentum Worldwide, Inc. respectfully request an extension of 7 days to file their Reply Memorandum of Law in Support of Defendants' Motion to Dismiss for Failure to Join a Required Party Pursuant to Fed. R. Civ. P. 12(b)(7) and 19(b), and for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6), until August 11, 2008.

Dated: July 30, 2008                      Respectfully submitted,

                                              McCANN ERICKSON USA, INC. and
                                              MOMENTUM WORLDWIDE, INC.

                                              By  /s/ David R. Lidow
                                                   One of Their Attorneys

Frederic R. Klein
Deborah Rzasnicki Hogan
David R. Lidow
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000