IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DON SCHUMACHER RACING, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 1428 |
| v. | ) ) | Judge Gottschall |
| McCANN ERICKSON USA, INC. and MOMENTUM WORLDWIDE, INC., | ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  Charles Chejfec                Cory A. Watkins
     Christopher John Stetler       Shantel Darie Bill
     Katten Muchin Rosenman LLP     Schumacher Racing Corporation
     525 West Monroe Street         801 Business Center Drive
     Chicago, IL 60661              Mount Prospect, IL 60056

PLEASE TAKE NOTICE that on Thursday, August 7, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall in Courtroom 2325 of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn, Chicago, Illinois 60604, and then and there present an **Agreed Motion for Enlargement of Time to File Reply Memorandum of Law in Support of Motion To Dismiss,** a copy of which was electronically filed and served herewith.

-2-

July 30, 2008

                      McCANN ERICKSON USA, INC. and
                      MOMENTUM WORLDWIDE, INC.


                      By  /s/ David R. Lidow
                          One of Their Attorneys

Frederic R. Klein
Deborah Rzasnicki Hogan
David R. Lidow
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

-3-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 30, 2008, he caused a true and correct copy of the foregoing **Agreed Motion for Enlargement of Time to File Reply Memorandum of Law in Support of Motion To Dismiss,** to be served upon the following through the Court's electronic notification system to:

>Charles Chejfec
>Christopher John Stetler
>Katten Muchin Rosenman LLP
>525 West Monroe Street
>Chicago, IL 60661


>Cory A. Watkins
>Shantel Darie Bill
>Schumacher Racing Corporation
>801 Business Center Drive
>Mount Prospect, IL 60056

>/s/ David R. Lidow