UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON SCHUMACHER RACING, an Illinois Corporation, )<br>)<br>) | |
| Plaintiff, ) | Case No. 08 C 1428 |
| ) | |
| v. ) | Judge Gottschall |
| ) | |
| McCANN ERICKSON USA, INC., a Delaware Corporation, and MOMENTUM WORLDWIDE, INC., a Delaware Corporation, )<br>)<br>)<br>) | Magistrate Judge Valdez |
| ) | |
| Defendants. ) | |

### AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that, on August 7, 2008 at 9:30 a.m., we shall appear before the Honorable Joan B. Gottschall, or any judge sitting in her stead, in Room 2325 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present *Agreed Motion for Leave to File Exhibit Under Seal*, a copy of which was previously served upon you.

Dated: July 30, 2008

Respectfully submitted,

**DON SCHUMACHER RACING**

By:   /s/ Christopher J. Stetler
One of Its Attorneys

Charles Chejfec
Christopher J. Stetler
Katten Muchin Rosenman LLP
525 West Monroe Street
Suite 1900
Chicago, Illinois 60661
Phone: (312) 902-5200
Fax: (312) 902-1061
christopher.stetler@kattenlaw.com
charles.chejfec@kattenlaw.com

Shantel D. Bill
Don Schumacher Racing Corporation
801 Business Center Drive
Mount Prospect, Illinois 60656
Phone: (224) 612-7250
Fax: (847) 299-5830
bills@schumacherelectric.com